# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br><br>vs.<br><br>CARLOS ECHEVARRIA-GUZMAN<br>*Defendant.* | CRIMINAL NO. 17-647 (PG) |

## MOTION IN COMPLIANCE

TO THE HONORABLE COURT:

Carlos Echevarria-Guzman, represented by the Federal Public Defender for the District of Puerto Rico through the undersigned attorney, very respectfully states as follows:

On December 21, 2017, Magistrate Marcos Lopez held Mr. Echevarria's arraignment and bail hearings. At the time of the hearing, the U.S. Probation Office had not been able to verify Mr. Echevarria's prior conviction through official court records. As a result, the Court ordered the parties to investigate the prior case and inform the Court by 1:00 pm today of the results of the investigation. D.E. # 10.

In compliance with the Court's order, that same day, a defense investigator verified Mr. Echevarria's prior case files at the Bayamon Superior Court. The documents received are the same that the United States submitted to the Court in their motion at docket number 13. The defense has no additional information to submit to the Court at this time.

**WHEREFORE**, Mr. Echevarria respectfully requests that the Court take notice of this motion and find the defense in compliance with its order.

I HEREBY CERTIFY that on this date I electronically filed the present notice with the Clerk of Court using the CM/ECF system which will send notification of such filing to the parties of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 27th day of December, 2017.

ERIC ALEXANDER VOS
Chief Defender
District of Puerto Rico

*S/Eleonora C. Marranzini*
Eleonora C. Marranzini
Assistant Federal Public Defender
Government No. G02110
241 F.D. Roosevelt Ave.
Hato Rey, P.R. 00918-2441
(787) 281-4922/ Fax (787) 281-4899
E-mail: ellie_marranzini@fd.org
